IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01338-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

BRIAN LAVERE WAREING,

        Plaintiff,

v.

SCOTT STOREY,
TED MINK,
BRADLEY ALLEN BURBACK,
KELLY SMITH,
ERICK STEINMAN,
LUKE INGERSOLL,
PHILIP GALLEGOS,
KATHERINE KNOWLES, and other unknown employees.

        Defendants.

_____

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

_____

        Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 and a "Jury Demand." As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient

as described in this order.  Plaintiff will be directed to cure the following if she wishes to

pursue her claims.  Any papers that the Plaintiff files in response to this order must include

the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)     __     is not submitted
(2)     __     is missing affidavit
(3)     __     is missing certified copy of prisoner's trust fund statement for the 6-month
                    period immediately preceding this filing

(4)     __     is missing certificate showing current balance in prison account
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the court's current form):
(8)     __     names in caption do not match names in caption of complaint, petition or
               habeas application
(9)     __     other:

**Complaint, Petition or Application**:
(10)    __     is not submitted
(11)    _X_    is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. ___
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    _X_    addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(17)    __     other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response to

this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Complaint

form, along with the applicable instructions, at www.cod.uscourts.gov.  Alternatively,

Plaintiff may obtain the form at the United States District Courthouse, 901 19th Street,

Denver, Colorado.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, this action will be dismissed without

further notice.  The dismissal shall be without prejudice.

DATED May 24, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge